UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WHEELY USA, INC.,
MAYFAIR-NY LLC, and
KENSINGTON-NY LLC,                          1:26-cv-01057 (CM)

        *Plaintiffs*,

        v.                          **NOTICE OF APPEAL**

THE CITY OF NEW YORK,

        *Defendant*.

Notice is hereby given that Wheely USA, Inc., Mayfair-NY LLC, and Kensington-NY LLC ("Plaintiffs") in the above-captioned case, hereby appeal to the United States Court of Appeals for the Second Circuit from the Opinion and Order (ECF No. 50) entered on the 10th day of April, 2026, and Judgment (ECF No. 51) entered on the 13th day of April, 2026, denying Plaintiffs' Motion for Preliminary Injunction and dismissing Plaintiffs' Complaint with prejudice. This appeal is taken from each and every part of the Opinion, Order and Judgment as a whole.

Dated: New York, New York
      April 13, 2026

Respectfully submitted,

  /s/ *Alexander C. Drylewski*

Alexander C. Drylewski
Lara A. Flath
Jacob G. Lefkowitz
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
Alexander.Drylewski@skadden.com
Lara.Flath@skadden.com
Jacob.Lefkowitz@skadden.com

*Counsel for Plaintiffs Wheely USA, Inc.,
Mayfair-NY LLC, and Kensington-NY
LLC*

2

CLOSED,APPEAL,ECF

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:26−cv−01057−CM

Wheely USA, Inc. et al v. The City of New York
Assigned to: Judge Colleen McMahon
Cause: 42:1983cvp Civil Rights (Personal Property)

Date Filed: 02/06/2026
Date Terminated: 04/13/2026
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Wheely USA, Inc.**

represented by **Jacob Gelbart Lefkowitz**
Skadden, Arps, Slate, Meagher & Flom
LLP
One Manhattan West
New York, NY 10001−8602
212−735−2562
Email: jacob.lefkowitz@skadden.com
*ATTORNEY TO BE NOTICED*

**Lara A. Flath**
Skadden, Arps, Slate, Meagher & Flom
LLP
One Manhattan West
New York, NY 10001−8602
212−735−3717
Fax: 917−777−3717
Email: lara.flath@skadden.com
*ATTORNEY TO BE NOTICED*

**Alexander C Drylewski**
Skadden, Arps, Slate, Meagher & Flom
LLP
One Manhattan West
New York, NY 10001−8602
212−735−2129
Email: alexander.drylewski@skadden.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mayfair−NY LLC**

represented by **Jacob Gelbart Lefkowitz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lara A. Flath**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Alexander C Drylewski**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kensington−NY LLC**

represented by **Jacob Gelbart Lefkowitz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lara A. Flath**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Alexander C Drylewski**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Movant**

**Surveillance Technology Oversight Project**

represented by **Michelle Elaine Dahl**
Surveillance Technology Oversight Project
1350 Ave of the Americas
Fl 2, Box 1089
New York, NY 10019
301−785−0051
Email: michelle@stopspying.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**The City of New York**

represented by **Gregory O'Brien**
New York City Law Department
Administrative Law and Regulatory
Litigation
100 Church Street
New York, NY 10007
212−356−0892
Email: gobrien@law.nyc.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Genan Faye Zilkha**
New York City Law Department, Office of
the Corporation Coun
NY
100 Church Street
Ste 5−166
New York
New York, NY 10007
212−356−2212
Email: gzilkha@law.nyc.gov
*ATTORNEY TO BE NOTICED*

**Amicus**

**Legal Aid Society**

represented by **Laura Moraff**
49 Thomas Street
Ste Mezzanine
New York, NY 10013
929−536−1637
Email: LMoraff@legal−aid.org
*TERMINATED: 03/26/2026*

**Shona Hemmady**
The Legal Aid Society
21 South End Ave #223
New York, NY 10280
408−504−5236
Email: shemmady@legal−aid.org
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |

| | | |
|---|---|---|
| 02/06/2026 | 1 | COMPLAINT against The City of New York. (Filing Fee $ 405.00, Receipt Number ANYSDC–32378751)Document filed by Wheely USA, Inc., Kensington–NY LLC, Mayfair–NY LLC..(Drylewski, Alexander) (Entered: 02/06/2026) |
| 02/06/2026 | 2 | CIVIL COVER SHEET filed..(Drylewski, Alexander) (Entered: 02/06/2026) |
| 02/06/2026 | 3 | REQUEST FOR ISSUANCE OF SUMMONS as to The City of New York, re: 1 Complaint. Document filed by Kensington–NY LLC, Mayfair–NY LLC, Wheely USA, Inc...(Drylewski, Alexander) (Entered: 02/06/2026) |
| 02/06/2026 | 4 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent Wheely USA, Inc., Corporate Parent Wheely Ltd. for Kensington–NY LLC, Mayfair–NY LLC; Corporate Parent Wheely Ltd. for Wheely USA, Inc.. Document filed by Kensington–NY LLC, Mayfair–NY LLC, Wheely USA, Inc...(Drylewski, Alexander) (Entered: 02/06/2026) |
| 02/06/2026 | 5 | NOTICE OF APPEARANCE by Lara A. Flath on behalf of Kensington–NY LLC, Mayfair–NY LLC, Wheely USA, Inc...(Flath, Lara) (Entered: 02/06/2026) |
| 02/06/2026 | 6 | NOTICE OF APPEARANCE by Jacob Gelbart Lefkowitz on behalf of Kensington–NY LLC, Mayfair–NY LLC, Wheely USA, Inc...(Lefkowitz, Jacob) (Entered: 02/06/2026) |
| 02/09/2026 | | **\*\*\*NOTICE TO ATTORNEY REGARDING CIVIL. CASE OPENING STATISTICAL ERROR CORRECTION: Notice to attorney Alexander C Drylewski. The following case opening statistical information was erroneously selected/entered: County code New York. The following correction(s) have been made to your case entry: the County code has been modified to Queens. (vf)** (Entered: 02/09/2026) |
| 02/09/2026 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above–entitled action is assigned to Judge Colleen McMahon. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district–judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf–related–instructions..(vf) (Entered: 02/09/2026) |
| 02/09/2026 | | Magistrate Judge Henry J. Ricardo is designated to handle matters that may be referred in this case. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018–06/AO–3.pdf. (vf) (Entered: 02/09/2026) |
| 02/09/2026 | | Case Designated ECF. (vf) (Entered: 02/09/2026) |
| 02/09/2026 | 7 | ELECTRONIC SUMMONS ISSUED as to The City of New York. (vf) (Entered: 02/09/2026) |
| 02/12/2026 | 8 | AFFIDAVIT OF SERVICE. The City of New York served on 2/10/2026, answer due 3/3/2026. Service was accepted by A. Goebler. Document filed by Wheely USA, Inc.; Kensington–NY LLC; Mayfair–NY LLC..(Drylewski, Alexander) (Entered: 02/12/2026) |
| 02/12/2026 | 9 | MOTION for Preliminary Injunction . Document filed by Kensington–NY LLC, Mayfair–NY LLC, Wheely USA, Inc...(Drylewski, Alexander) (Entered: 02/12/2026) |
| 02/12/2026 | 10 | MEMORANDUM OF LAW in Support re: 9 MOTION for Preliminary Injunction . . Document filed by Kensington–NY LLC, Mayfair–NY LLC, Wheely USA, Inc...(Drylewski, Alexander) (Entered: 02/12/2026) |
| 02/12/2026 | 11 | DECLARATION of Alexander C. Drylewski in Support re: 9 MOTION for Preliminary Injunction .. Document filed by Kensington–NY LLC, Mayfair–NY LLC, Wheely USA, Inc.. (Attachments: # 1 Exhibit A – Nov. 2014 Letter to TLC re: Privacy Concerns with Proposed Rule Change to §59B–19, # 2 Exhibit B – Dec. 2016 Letter to TLC re: Privacy Implications of Collecting FHV Drop–off Location Data in Proposed Rule 2016 RG 097, # 3 Exhibit C – Transcript of Oct. 16, 2014 TLC Hearing, # 4 Exhibit D – Transcript of Jan. 5, 2017 TLC Hearing, # 5 Exhibit E – |

| | | |
|---|---|---|
| | | Nov. 19, 2025 Email from TLC re Freedom of Information Law Request, # 6 Exhibit F – Nov. 2016 Notice of Public Hearing and Opportunity to Comment on Proposed Rules).(Drylewski, Alexander) (Entered: 02/12/2026) |
| 02/12/2026 | 12 | DECLARATION of Anton Chirkunov in Support re: 9 MOTION for Preliminary Injunction .. Document filed by Kensington–NY LLC, Mayfair–NY LLC, Wheely USA, Inc.. (Attachments: # 1 Exhibit A – "The Chauffeurs"_Essentials_Wheely, # 2 Exhibit B – Wheely Privacy Policy, # 3 Exhibit C – Debunking MDOT's Anti–Privacy Argument_Newsroom_Wheely, # 4 Exhibit D – Mayfair–NY LLC License, # 5 Exhibit E – Kensington–NY LLC License Snapshot, # 6 Exhibit F – de Montjoye Article_Unique in the Crowd, # 7 Exhibit G – The Guardian Article_N.Y. Taxi Details Can Be Extracted From Anonmymised Data, Researchers Say).(Drylewski, Alexander) (Entered: 02/12/2026) |
| 02/12/2026 | 13 | DECLARATION of Neil Richards in Support re: 9 MOTION for Preliminary Injunction .. Document filed by Kensington–NY LLC, Mayfair–NY LLC, Wheely USA, Inc.. (Attachments: # 1 Exhibit A – N. Richards Curriculum Vitae).(Drylewski, Alexander) (Entered: 02/12/2026) |
| 02/12/2026 | 14 | AFFIDAVIT OF SERVICE. Document filed by Kensington–NY LLC, Mayfair–NY LLC, Wheely USA, Inc...(Drylewski, Alexander) (Entered: 02/12/2026) |
| 02/13/2026 | 15 | SCHEDULING ORDER: Having reviewed the papers filed in support of the plaintiff's motion for a preliminary injunction, I see no reason why the motion for preliminary injunctive relief should not be merged with a motion for permanent injunctive relief. Such a course of action will save the court and the parties considerable time and a great deal of money. This is not a case in which massive amounts of discovery are necessary – indeed, this is not a case in which any discovery is likely to move the needle on what are essentially arguments about the constitutionality of a long–standing City regulation. If the slight delay engendered by the merger of the motions for preliminary and permanent injunctive relief impacts Wheely's ability to commence business operations here in New York City (and it will be slight, as will shortly become apparent), that is a problem Wheely has brought on itself. The court will hold a hearing on the combined motions for preliminary and permanent injunctive relief on Monday, April 20, 2026, at 10 AM, in Courtroom 24A, Daniel P. Moynihan Courthouse, 500 Pearl Street, New York, New York. The parties are free to propose a briefing schedule of their own devising, provided all briefs in support of and in opposition to the motions are received by the court no later than Wednesday, April 1, 2026, at 5 PM. Courtesy copies should be hand–delivered to Chambers in accordance with my Individual Rules. All requests for admission, document requests and interrogatories (if there should be any), from either side addressed to the other, must be propounded by February 26, 2026. Any objections to requests for documents or to interrogatories must be served on the opposing party and filed with the court no later than March 3, 2026. Documents must be produced and interrogatories responded to no later than March 6, 2026. I see no need for any depositions (actually, I see no need for any discovery at all, but I particularly see no need for any depositions, especially when dealing with a regulation that has long been on the books), However, the parties may address requests to take one deposition by each side to this court, accompanied by a fulsome justification for why that deposition would be designed to lead to admissible evidence. Any such request must be made by February 27, and will be ruled on promptly. Discovery disputes (there should be none) will be addressed in the first instance to this court, although I may make use of the good offices of Magistrate Judge Ricardo to resolve them quickly. The parties should know that I frown on discovery disputes. Any and all documents that a party intends to use at the hearing must be marked and produced to the other side no later than March 16, 2026. Please consult my rules on bench trials concerning the marking of exhibits. I am afraid that I cannot accede to requests to extend the hearing date. My own calendar will not permit it. So get to work, everyone. I recognize that Corporation Counsel has not yet appeared in this action, so Plaintiff's counsel needs to make sure that someone at that office receives immediate notice of this order. This constitutes the court's scheduling order. BY ECF TO ALL COUNSEL. ( Motion Hearing set for 4/20/2026 at 10:00 AM in Courtroom 24A, 500 Pearl Street, New York, NY 10007 before Judge Colleen McMahon.) Responses due by 4/1/2026 (Signed by Judge Colleen McMahon on 2/13/2026) (vfr) (Entered: 02/13/2026) |

| 02/13/2026 | | Set/Reset Deadlines: Brief due by 4/1/2026. (vfr) (Entered: 02/13/2026) |
|---|---|---|
| 02/17/2026 | 16 | AFFIDAVIT OF SERVICE of This Court's February 13, 2026 Scheduling Order served on The City of New York (c/o Corporation Counsel) on February 17, 2026. Document filed by Kensington–NY LLC, Mayfair–NY LLC, Wheely USA, Inc...(Drylewski, Alexander) (Entered: 02/17/2026) |
| 02/18/2026 | 17 | NOTICE OF APPEARANCE by Gregory O'Brien on behalf of The City of New York..(O'Brien, Gregory) (Entered: 02/18/2026) |
| 02/24/2026 | 18 | JOINT LETTER addressed to Judge Colleen McMahon from Alexander C. Drylewski and Gregory O'Brien dated February 24, 2026 re: Proposed Briefing Schedule. Document filed by Kensington–NY LLC, Mayfair–NY LLC, Wheely USA, Inc...(Drylewski, Alexander) (Entered: 02/24/2026) |
| 02/24/2026 | 19 | MEMO ENDORSEMENT on re: 18 Letter, filed by Mayfair–NY LLC, Kensington–NY LLC, Wheely USA, Inc. OK. The City of New York answer due 4/1/2026.( Replies due by 4/1/2026., Responses due by 2/23/2026) (Signed by Judge Colleen McMahon on 2/24/2026) (tro) (Entered: 02/24/2026) |
| 03/03/2026 | 20 | NOTICE OF APPEARANCE by Genan Faye Zilkha on behalf of The City of New York..(Zilkha, Genan) (Entered: 03/03/2026) |
| 03/09/2026 | 21 | LETTER MOTION for Leave to File Amicus Brief *in Support of Plaintiffs' Motion for Permanent Injunction* addressed to Judge Colleen McMahon from Surveillance Technology Oversight Project dated March 9, 2026. Document filed by Surveillance Technology Oversight Project. (Attachments: # 1 Exhibit Proposed Amicus Curiae Brief of Surveillance Technology Oversight Project).(Dahl, Michelle) (Entered: 03/09/2026) |
| 03/10/2026 | 22 | ORDER denying 21 Letter Motion for Leave to File Document. Make a proper motion. I do not accept letter motions. (Signed by Judge Colleen McMahon on 3/10/26) (yv) (Entered: 03/10/2026) |
| 03/10/2026 | 23 | MOTION to File Amicus Brief *in Support of Plaintiffs' Motion for Permanent Injunction*. Document filed by Surveillance Technology Oversight Project. (Attachments: # 1 Exhibit Proposed Amicus Curiae Brief of Surveillance Technology Oversight Project).(Dahl, Michelle) (Entered: 03/10/2026) |
| 03/11/2026 | 24 | JOINT LETTER addressed to Judge Colleen McMahon from Alexander C. Drylewski and Genan F. Zilkha dated March 11, 2026 re: Status of Discovery, Re: Court's Scheduling Order, ECF No. 15 . Document filed by Kensington–NY LLC, Mayfair–NY LLC, Wheely USA, Inc.. (Attachments: # 1 Exhibit A – Plaintiffs' Response, # 2 Exhibit B – Defendant's Response).(Drylewski, Alexander) (Entered: 03/11/2026) |
| 03/13/2026 | 25 | NOTICE OF APPEARANCE by Laura Moraff on behalf of Legal Aid Society..(Moraff, Laura) (Entered: 03/13/2026) |
| 03/13/2026 | 26 | NOTICE OF APPEARANCE by Shona Hemmady on behalf of Legal Aid Society..(Hemmady, Shona) (Entered: 03/13/2026) |
| 03/13/2026 | 27 | MOTION to File Amicus Brief . Document filed by Legal Aid Society. (Attachments: # 1 Supplement Memorandum of Law, # 2 Supplement Declaration, # 3 Exhibit Proposed Amicus Brief).(Moraff, Laura) (Entered: 03/13/2026) |
| 03/17/2026 | 28 | NOTICE OF APPEARANCE by Michelle Elaine Dahl on behalf of Surveillance Technology Oversight Project..(Dahl, Michelle) (Entered: 03/17/2026) |
| 03/18/2026 | 29 | MEMO ENDORSED ORDER granting 27 Motion to File Amicus Brief. ENDORSEMENT : Motion to file amicus brief is granted. (Signed by Judge Colleen McMahon on 3/18/2026) (yv) (Entered: 03/18/2026) |
| 03/18/2026 | 30 | MEMO ENDORSED ORDER granting 23 Motion to File Amicus Brief. ENDORSEMENT: Motion for leave to file brief Amicus Curiae is granted. (Signed by Judge Colleen McMahon on 3/18/26) (yv) (Entered: 03/18/2026) |
| 03/19/2026 | 31 | BRIEF *of Amicus Curiae The Legal Aid Society*. Document filed by Legal Aid Society..(Moraff, Laura) (Entered: 03/19/2026) |

| 03/19/2026 | 32 | BRIEF *of Amicus Curiae Surveillance Technology Oversight Project in Support of Plaintiffs Motion for a Permanent Injunction*. Document filed by Surveillance Technology Oversight Project..(Dahl, Michelle) (Entered: 03/19/2026) |
|---|---|---|
| 03/23/2026 | 33 | MEMORANDUM OF LAW in Opposition re: 9 MOTION for Preliminary Injunction . . Document filed by The City of New York..(O'Brien, Gregory) (Entered: 03/23/2026) |
| 03/23/2026 | 34 | DECLARATION of Genan F. Zilkha in Opposition re: 9 MOTION for Preliminary Injunction .. Document filed by The City of New York. (Attachments: # 1 Exhibit 1997 Trip Information Rules, # 2 Exhibit Notice of Promulgation of Rules – FHV Dispatch Rules, # 3 Exhibit 12/1/14 City Record, # 4 Exhibit Notice of Promulgation of Rules – Driver Fatigue Rules, # 5 Exhibit 02/13/17 City Record, # 6 Exhibit FHV Open Data Production, # 7 Exhibit FOIL Data Dictionary, # 8 Exhibit Taxi Zone Map, # 9 Exhibit Mayfair–NY LLC Application, # 10 Exhibit Kensington–NY LLC Application, # 11 Exhibit Wheely LLC Privacy Policy, # 12 Exhibit Plaintiffs' Responses and Objections to Defendant's Interrogatories and Requests for Admission, # 13 Exhibit Mayfair–NY LLC Affiliated Vehicles, # 14 Exhibit 10/16/14 Transcript, # 15 Exhibit 01/05/17 Transcript, # 16 Exhibit 10/16/14 Written Testimony, # 17 Exhibit 01/05/17 Written Testimony).(O'Brien, Gregory) (Entered: 03/23/2026) |
| 03/23/2026 | 35 | DECLARATION of Amit Agarwal in Opposition re: 9 MOTION for Preliminary Injunction .. Document filed by The City of New York..(O'Brien, Gregory) (Entered: 03/23/2026) |
| 03/23/2026 | 36 | DECLARATION of Latifah Williams in Opposition re: 9 MOTION for Preliminary Injunction .. Document filed by The City of New York..(O'Brien, Gregory) (Entered: 03/23/2026) |
| 03/25/2026 | 37 | MOTION for Laura Moraff to Withdraw as Attorney *for Amicus Curiae The Legal Aid Society*. Document filed by Legal Aid Society..(Moraff, Laura) (Entered: 03/25/2026) |
| 03/26/2026 | 38 | LETTER MOTION for Extension of Time *to Respond to the Complaint* addressed to Judge Colleen McMahon from Genan F. Zilkha dated March 26, 2026. Document filed by The City of New York..(Zilkha, Genan) (Entered: 03/26/2026) |
| 03/26/2026 | 39 | MEMO ENDORSEMENT granting 37 Motion to Withdraw as Attorney. ENDORSEMENT: OK. Attorney Laura Moraff terminated. (Signed by Judge Colleen McMahon on 3/26/2026) (vfr) (Entered: 03/26/2026) |
| 03/26/2026 | 40 | ORDER granting in part 38 Letter Motion for Extension of Time. In cases like this one few documents turn out to be as irrelevant as the Answer – though the failure to file one can have unintended procedural consequences. If you prefer not to file an answer, your obligation to do so is deferred until 10 days after the decision on the motion for injunctive relief. Who knows? At that point no answer may be necessary. (Signed by Judge Colleen McMahon on 3/26/2026) (vfr) (Entered: 03/26/2026) |
| 04/01/2026 | 41 | REPLY MEMORANDUM OF LAW in Support re: 9 MOTION for Preliminary Injunction . . Document filed by Kensington–NY LLC, Mayfair–NY LLC, Wheely USA, Inc...(Drylewski, Alexander) (Entered: 04/01/2026) |
| 04/01/2026 | 42 | DECLARATION of Anton Chirkunov (Supplemental) in Support re: 9 MOTION for Preliminary Injunction .. Document filed by Kensington–NY LLC, Mayfair–NY LLC, Wheely USA, Inc.. (Attachments: # 1 Exhibit A – Speadsheet).(Drylewski, Alexander) (Entered: 04/01/2026) |
| 04/01/2026 | 43 | DECLARATION of Neil Richards (Supplemantal) in Support re: 9 MOTION for Preliminary Injunction .. Document filed by Kensington–NY LLC, Mayfair–NY LLC, Wheely USA, Inc...(Drylewski, Alexander) (Entered: 04/01/2026) |
| 04/01/2026 | 44 | LETTER MOTION to Seal addressed to Judge Colleen McMahon from Alexander Drylewski dated April 1, 2026. Document filed by Kensington–NY LLC, Mayfair–NY LLC, Wheely USA, Inc...(Drylewski, Alexander) (Entered: 04/01/2026) |
| 04/01/2026 | 45 | ***SEALED***DECLARATION of Alexander C. Drylewski (Supplemental) in Support re: 9 MOTION for Preliminary Injunction .. Document filed by Kensington–NY LLC, Mayfair–NY LLC, Wheely USA, Inc.. (Attachments: # 1 Exhibit A – General FOIL Guidelines)Motion or Order to File Under Seal: 44 .(Drylewski, Alexander) (Entered: 04/01/2026) |

| 04/01/2026 | 46 | DECLARATION of Alexander C. Drylewski (Supplemental) in Support re: 9 MOTION for Preliminary Injunction .. Document filed by Kensington–NY LLC, Mayfair–NY LLC, Wheely USA, Inc.. (Attachments: # 1 Exhibit A – General FOIL Guidelines (Under Seal)).(Drylewski, Alexander) (Entered: 04/01/2026) |
|---|---|---|
| 04/01/2026 | 47 | CERTIFICATE OF SERVICE of Reply Memorandum of Law in Further Support of Plaintiffs' Motion for Injunctive Relief, Supplemental Declaration of Neil Richards, Supplemental Declaration of Anton Chirkunov w/ Ex. A, Supplemental Declaration of Alexander C. Drylewski w/ Ex. A. served on The City of New York on April 1, 2026. Service was accepted by Gregory O'Brien and Genan Zilkha. Service was made by E–Mail. Document filed by Kensington–NY LLC, Mayfair–NY LLC, Wheely USA, Inc...(Lefkowitz, Jacob) (Entered: 04/01/2026) |
| 04/02/2026 | 48 | MEMO ENDORSEMENT on re: 24 Letter, filed by Mayfair–NY LLC, Kensington–NY LLC, Wheely USA, Inc. ENDORSEMENT: Rulings are attached. Defendant's Interrogatory Nos. 1, 2 & 3. Plaintiff need not respond to this interrogatory. The information sought is not relevant to the issues before the Court. Plaintiffs' Interrogatory Nos. 1 & 2. Defendants must respond to this interrogatory with post–March 2025 information. Plaintiffs' Interrogatory No. 4. The objection is sustained and Defendants need not respond to this interrogatory. (Signed by Judge Colleen McMahon on 4/2/2026) (mml) (Entered: 04/02/2026) |
| 04/06/2026 | 49 | ORDER granting 44 Letter Motion to Seal. OK, temporary seal request granted. (Signed by Judge Colleen McMahon on 4/6/2026) (vfr) (Entered: 04/06/2026) |
| 04/10/2026 | 50 | OPINION AND ORDER re: 9 MOTION for Preliminary Injunction . filed by Mayfair–NY LLC, Kensington–NY LLC, Wheely USA, Inc.. For this reason, the Court concludes that Plaintiffs are not entitled to injunctive relief. Perez v. Hoblock, 248 F. Supp. 2d 189, 201 (S.D.N.Y. 2002), aff'd, 368 F.3d 166 (2d Cir. 2004). Accordingly, Plaintiffs' motion for preliminary and permanent declaratory and injunctive relief is DENIED. Because the Court has consolidated Plaintiffs' request for preliminary relief with a determination on the merits pursuant to Rule 65(a)(2), this ruling disposes of all causes of action asserted in Plaintiffs' complaint. The complaint is DISMISSED WITH PREJUDICE, and judgment shall be entered in favor of Defendant the City of New York on all claims. There being no reason for it, the hearing scheduled for April 20, 2026 is cancelled. The Clerk of Court is respectfully directed to terminate the motion at Docket Number 9, to enter judgment in favor of Defendant dismissing the case, and to close the file. This constitutes the Decision and Order of the Court. It is a written decision. (Signed by Judge Colleen McMahon on 4/10/2026) (tg) Transmission to Orders and Judgments Clerk for processing. (Entered: 04/10/2026) |
| 04/13/2026 | 51 | CLERK'S JUDGMENT re: 50 Memorandum & Opinion, in favor of The City of New York against Kensington–NY LLC, Mayfair–NY LLC, Wheely USA, Inc. It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Opinion and Order dated April 10, 2026, the Court concludes that Plaintiffs are not entitled to injunctive relief. Perez v. Hoblock, 248 F. Supp. 2d 189, 201 (S.D.N.Y. 2002), aff'd, 368 F.3d 166 (2d Cir. 2004). Accordingly, Plaintiffs' motion for preliminary and permanent declaratory and injunctive relief is DENIED. Because the Court has consolidated Plaintiffs' request for preliminary relief with a determination on the merits pursuant to Rule 65(a)(2), this ruling disposes of all causes of action asserted in Plaintiffs' complaint. The complaint is DISMISSED WITH PREJUDICE, and judgment is entered in favor of Defendant the City of New York on all claims; accordingly, the case is closed. (Signed by Clerk of Court Tammi M Hellwig on 4/13/2026) (Attachments: # 1 Appeal Package) (tp) (Entered: 04/13/2026) |
| 04/13/2026 | 52 | NOTICE OF APPEAL from 51 Clerk's Judgment,,,, 50 Memorandum & Opinion,,,,,. Document filed by Kensington–NY LLC, Mayfair–NY LLC, Wheely USA, Inc.. Filing fee $ 605.00, receipt number ANYSDC–32690662. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Drylewski, Alexander) Modified on 4/13/2026 (km). (Entered: 04/13/2026) |
| 04/13/2026 | 53 | MOTION For Injunctive Relief Pending Appeal re: 52 Notice of Appeal, . Document filed by Kensington–NY LLC, Mayfair–NY LLC, Wheely USA, Inc...(Drylewski, Alexander) (Entered: 04/13/2026) |

| 04/13/2026 | 54 | MEMORANDUM OF LAW in Support re: 53 MOTION For Injunctive Relief Pending Appeal re: 52 Notice of Appeal, . . Document filed by Kensington–NY LLC, Mayfair–NY LLC, Wheely USA, Inc...(Drylewski, Alexander) (Entered: 04/13/2026) |
|---|---|---|
| 04/13/2026 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 52 Notice of Appeal.(km) (Entered: 04/13/2026) |
| 04/13/2026 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 52 Notice of Appeal, filed by Mayfair–NY LLC, Kensington–NY LLC, Wheely USA, Inc. were transmitted to the U.S. Court of Appeals.(km) (Entered: 04/13/2026) |
| 04/13/2026 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 52 Notice of Appeal, filed by Mayfair–NY LLC, Kensington–NY LLC, Wheely USA, Inc. were transmitted to the U.S. Court of Appeals.(km) (Entered: 04/13/2026) |
| 04/13/2026 | 55 | ORDER DENYING APPLICATION FOR A STAY OF ENFORCEMENT PENDING APPEAL denying 53 Motion for For Injunctive Relief Pending Appeal. This Court will not stay the enforcement of the Rule pending appeal. So as far as this Court is concerned, Wheely can either play by the same rules as every other black car service that operates in this city, or it can stay out of the market until there is a final adjudication of its argument on appeal. As I have never entered any interlocutory order staying enforcement of the Rule pendente lite, I assume that Wheely has refrained from operating in New York City while its challenge to the Rule was pending before me. I can think of no reason why it should not continue in that posture while it takes its expedited appeal. Of course, if the Second Circuit feels differently, and wishes to enter a stay of enforcement of this longstanding Rule pending Wheely's appeal, it has every right to do so. But I will not. The motion at Docket Number 53 is DENIED. The Clerk of Court is directed to remove it from my list of open motions. (Signed by Judge Colleen McMahon on 4/13/26) BY ECF TO ALL COUNSEL (yv) (Entered: 04/14/2026) |